1  MACK WEST # F60029
2  CALIFORNIA STATE PRISON-LOS ANGELES
3  P.O. BOX 8457
4  LANCASTER, CALIF. 93539-8457

**FILED**

5  IN PRO SE

JUL - 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7              UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9  MACK WEST JR.                    CASE NO. CIV S-08-290 JAM KJM P

10      PLAINTIFF,                  HONORABLE KIMBERLY J. MUELLER

11

12  VS.                             AMENDED COMPLAINT

13

14  NEIL WASHIBYASHI, et. al.       (DEMAND FOR JURY TRIAL)
15      DEFENDANTS.

16

17      TO THE HONORABLE KIMBERLY J. MUELLER, U.S. MAGISTRATE, AND TO THE
18  CLERK OF THE COURT:

19      PLAINTIFF MACK WEST JR. HEREBY AMEND HIS COMPLAINT AS ORDERED
20  PURSUANT TO RULE(S) 15(a) AND 19(a) OF THE FEDERAL RULES OF CIVIL
21  PROCEDURE, AND THE COURTS JUNE 3, 2008, ORDER, FOR LEAVE TO FILE AN AMENDED
22  COMPLAINT.

23                      _INTRODUCTION_

24      1.   THIS IS AN ACTION FOR RELIEF FROM DEFENDANTS' VIOLATION OF
25  PLAINTIFF'S CIVIL AND CONSTITUTIONAL RIGHTS UNDER THE 14th AMENDMENT
26  TO THE CONSTITUTION OF UNITED STATES, AND UNDER THE REHABILITATION ACT OF
27  1973, THE AMERICAANS WITH DISABILITY ACT OF 1990, AND CALIFORNIA
28  GOVERNMENT CODE SECTION 11135, AND 42 U.S.C. SECTION 12231, 6th, 8th,
    1ST AMENDMENT OF U.S. CONSTUTION.

1.

2. PLAINTIFF MACK WEST JR. IS AN INDIVIDUAL WITH A PSYCHIATRIC AND DEVELOPMENTAL DISABILITY, AND WAS AN INMATES AWAITING TRIAL AS A PRE-TRIAL DETAINEE AT FAIRFIELD DETENTION FACILITY (SOLANO CO. JAIL) DURING THE TIMES RELEVANT AND MENTIONED IN THIS LAWSUIT.

## JURISDICTION AND VENUE

3. THIS COURT HAS JURISDICTION OVER THE SUBJECT MATTER AND THE PARTIES PURSUANT TO 28 U.S.C. SECTION(S) 1331, 2201, AND 2202. PLAINTIFF BRINGS THIS SUIT UNDER 42 U.S.C. SECTION 1983, 42 U.S.C. - SECTION 12132, SECTION 504 OF THE REHABILITATION ACT OF 1973, AND 29 U.S.C. SECTION 794.

4. VENUE IS PROPER IN THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. SECTION 1391 (b) BECAUSE EVENTS GIVING RISE TO PLAINTIFF'S CLAIMS OCCURRED IN THIS DISTRICT.

## PARTIES

5. DEFENDANT JOSEPH HEADLEY IS THE LIEUTENANT OF FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, UNTIL OTHERWISE NOTED, HELD THE RANK AND POSITION AS LIEUTENANT AND IS RESPONSIBLE FOR THE LAWFUL OPERATIONS AND SUPERVISION OVER STAFF, EMPLOYEES, AND INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT HEADLEY ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES THE DEPRIVATIONS ARE CLAIMED HEREIN AND IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

6. DEFENDANT SCOTT BRADFORD IS THE LIEUTENANT OF FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, UNTIL OTHERWISE NOTED, HELD THE RANK AND POSITION AS LIEUTENANT AND IS RESPONSIBLE FOR THE LAWFUL OPERATIONS AND SUPERVISION OVER STAFF, EMPLOYEES, AND INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT HEADLEY ACTED WHILE UNDER COLOR OF LAW DURING

2.

THE TIMES THE DEPRIVATIONS ARE CLAIMED HEREIN AND IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

7. DEFENDANT TINA DAVIS IS THE PROGRAM SERGEANT OF FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, UNTIL OTHERWISE NOTED, HELD THE RANK AND POSITION AS PROGRAM SERGEANT AND IS RESPONSIBLE FOR THE LAWFUL OPERATIONS, PROVIDING PROGRAMS AND SERVICES AND SUPERVISION OVER CUSTODIAN OFFICERS. AND INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT B. T. DAVIS ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES THE DEPRIVATIONS ARE CLAIMED HEREIN AND IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

8. DEFENDANT CAROLYN CHILDERS IS SERGEANT AT FAIRFIELD (FDE) WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS SERGEANT AND IS RESPONSIBLE FOR THE LAWFUL OPERATIONS AND SUPERVISION OVER CUSTODIAN OFFICERS AND INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT CHILDERS ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES THE DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

9. DEFENDANT HEIDI DOLAN IS SERGEANT AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK AND POSITION AS SERGEANT AND IS RESPONSIBLE FOR THE LAWFUL OPERATIONS AND SUPERVISION OVER CUSTODIAN OFFICERS, AND INMATES AT FAIRFIELD DETENTION DETENTION FACILITY. DEFENDANT DOLAN ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES THE DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE

3.

1. WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

2. 10. DEFENDANT FREDRICK JONES IS SERGEANT AT FAIRFIELD

3. DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT

4. HELD THE RANK AND POSITION AS SERGEANT AND IS RESPONSIBLE FOR

5. THE LAWFUL OPERATIONS AND SUPERVISION OVER CUSTODIAN OFFICERS AND

6. INMATES AT FAIRFIELD DETENTION FACILITY. ~~WHO ATTRIBUTIONS~~ DEFENDANT JONES ACTED

7. WHILE UNDER COLOR OF LAW DURING THE TIMES THE DEPRIVATIONS ARE

8. CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL

9. CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S

10. RIGHTS WITH THE CUSTOMS, HABITS AND PRACTICES OF THE CODE OF SILENCE

11. 11. DEFENDANT ROD MARSH IS SERGEANT AT FAIRFIELD DETENTION CLASSIFICATION

12. FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE

13. RANK AND POSITION AS CLASSIFICATION SERGEANT AND IS RESPONSIBLE FOR

14. THE LAWFUL OPERATIONS AND SUPERVISION OVER CUSTODIAN OFFICERS AND INMATES

15. AND INMATES DISCIPLINARY HEARINGS AND HOUSING, AT FAIRFIELD DETENTION

16. FACILITY. DEFENDANT MARSH ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES

17. THE DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL

18. AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED

19. PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

20. 12. DEFENDANT DEBRA SIGLER IS SERGEANT AT FAIRFIELD

21. DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT,

22. HELD THE RANK AND POSITION AS SERGEANT AND IS RESPONSIBLE FOR THE

23. LAWFUL OPERATIONS AND SUPERVISION OVER CUSTODIAN OFFICERS AND

24. INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT SIGLER ACTED

25. WHILE UNDER COLOR OF LAW DURING THE TIMES THE DEPRIVATIONS

26. ARE CLAIMED HEREIN AND IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL

27. CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S

28. RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

4.

13. DEFENDANT RICHARD DUNCAN IS AN TRAINNING SERGEANT / CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK AND POSITION AS TRAINNING SERGEANT / CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AND TRAINNING OFFICERS AT FAIRFIELD DETENTION FACILITY. DEFENDANT DUNCAN ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE COSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

14. DEFENDANT RODNEY HERMANN IS TRAINNING SERGEANT / CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS TRAINNING SERGEANT / CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AND TRAINNING CUSTODIAN OFFICERS AT FAIRFIELD DETENTION FACILITY. DEFENDANT HERMANN ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY OF DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS AND PRACTICES OF THE CODE OF SILENCE.

15. DEFENDANT ROBERT PUTNAM IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT PUTNAM ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY OF DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE COSTOMS, HABITS AND PRACTICES OF THE CODE OF SILENCE.

16. DEFENDANT DON DAVIS IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT D. DAVIS ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS AND PRACTICES OF THE CODE OF SILENCE.

17. DEFENDANT JASON VEACH IS TRAINNING SERGEANT / CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS TRAINNING SERGEANT / CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AND TRAINNING OFFICERS AT FAIRFIELD DETENTION FACILITY. DEFENDANT VEACH ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

18. DEFENDANT JASON GARRISON IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT GARRISON ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

19. DEFENDANT TERESA CROW IS CLASSIFICATION OFFICER AT

6.

1  FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT
2  HELD THE RANK AND POSITION AS CLASSIFICATION OFFICIAL HEARING OFFICER AND
3  IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES
4  AND DISCIPLINARY HEARING OF INMATES AT FAIRFIELD DETENTION FACILITY.
5  DEFENDANT CROW ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF
6  DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HER INDIVIDUAL AND
7  OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH WHICH VIOLATED
8  PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS AND PRACTICES OF THE CODE OF
9  SILENCE.

10  20. DEFENDANT JOHN DOE # 13 IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION
11  FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND
12  POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND
13  SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JOHN
14  DOE # 13 ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS
15  ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY
16  FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH
17  THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

18  21. DEFENDANT JANE DOE# 12 IS THE TOWER CUSTODIAN OFFICER AT FAIRFIELD
19  DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK
20  AND POSITION AS THE TOWER CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS
21  AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JANE DOE# 12 ACTED
22  WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING
23  SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED
24  PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

25

26  22. DEFENDANT, NURE/MEDICAL STAFF, ANGIE JIM IS MEDICAL STAFF AT FAIRFIELD DETENTION

27

7.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS MEDICIAL STAFF AND NURSE AND IS RESPONSIBLE FOR PROVIDING MEDICIAL AND MENTAL HEALTH TREATMENT AND SERVICES TO INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JIM ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE

23. DEFENDANT GREG SMITH IS MEDICIAL STAFF AT FAIRFEILD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS MEDICIAL AND STAFF AND IS RESPONSIBLE FOR PROVIDING MEDICAL AND MENTAL HEALTH TREATMENT AND SERVICES TO INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT SMITH ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

24. DEFENDANT JOHN MAIKE IS MEDICAL STAFF AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS MEDICAL STAFF AND IS RESPONSIBLE FOR PROVIDING MEDICAL AND MENTAL HEALTH TREATMENT AND SERVICES TO INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT MAIKE ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

25. DEFENDANT JEFFERY SMITH IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD

8.

THE RANK AND POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT J. SMITH ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

26. DEFENDANT JOHN DOE #1 IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JOHN DOE #1 ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

27. DEFENDANT JOHN DOE #2 IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JOHN DOE #2 ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

28. DEFENDANT JANE DOE #3 IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JANE DOE #3

9.

ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF
DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HER INDIVIDUAL
AND OFFICIAL CAPACITY FOR THE DELIBERATE INDIFFERENCE WHICH VIOLATED
PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

29. DEFENDANT JOHN DOE# 4 IS CUSTODIAN OFFICER AT FAIRFIELD
DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT
HELD THE RANK AND POSITION AS CUSTODIAN OFFICER AND IS RESPONSIBLE
FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD
DETENTION FACILITY. DEFENDANT JOHN DOE # 4 ACTED WHILE UNDER COLOR
OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS
BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE
INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS,
AND PRACTICES OF THE CODE OF SILENCE,

30. DEFENDANT NEIL WASHIBYASHI IS SERGEANT AT FAIRFIELD DETENTION
FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, WAS HELD THE
RANK AND POSITION AS SERGEANT, UNTIL OTHERWISE NOTED, ME IS RESPONSIBLE
FOR LAWFUL OPERATIONS AND SUPERVISION OVER STAFF, EMPLOYEES AND INMATES
AT FAIRFIELD DETENTION FACILITY. DEFENDANT WASHIBYASHI ACTED WHILE
UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN
AND IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE
DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE
HABITS, CUSTOMS, AND PRACTICES OF THE CODE OF SILENCE.

31. DEFENDANT FRANK BAILEY IS CUSTODIAN OFFICER AT FAIRFIELD
DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE
RANK AND POSITION AS COSTODIAN OFFICER IS RESPONSIBLE FOR LAWFUL
OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY
DEFENDANT BAILEY ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES
OF DEPRIVATIONS ARE CLAIMED HEREIN AND IS BEING SUED IN HIS INDIVIDUAL

10.

AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED
PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

32. DEFENDANT JOHN DOE #5 IS CUSTODIAN OFFICER AT FAIRFIELD
DETENTION ~~DETENTION~~ FACILITY WHO AT ALL TIMES MENTIONED IN THIS
COMPLAINT HELD THE RANK AND POSITION AS CUSTODIAN OFFICER IS
RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT
FAIRFIELD DETENTION FACILITY. DEFENDANT JOHN DOE #5 ACTED WHILE
UNDER COLOR OF LAW DURING THE TIMES ~~DE~~ OF DEPRIVATIONS ARE CLAIMED
HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR
THE DELIBERATE ~~INDIFFEDICE~~ INDIFFERENCE WHICH VIOLATED PLAINTIFF'S
RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

33. DEFENDANT JANE DOE #6 IS ~~ADDITION~~ PRACTITIONER ASSISTANCE AT
FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT
HELD THE RANK AND POSITION AS PRACTITIONER ASSISTANCE IS RESPONSIBLE FOR
LAWFUL PROVIDING MEDICAL AND MENTAL HEALTH SERVICES AND TREATMENT AND
MEDICATION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JANE
DOE #6 ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS
ARE CLAIMED HEREIN AND BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY
FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE
#. CUSTOMS, HABITS, AND PRACTICES OF THE CODE OF SILENCE.

34. DEFENDANT JANE DOE #7 IS MEDICAL STAFF/NURSE AT FAIRFIELD DETENTION
FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND
POSITION AS MEDICAL STAFF/NURSE IS RESPONSIBLE FOR LAWFUL PROVIDING MEDICAL
AND MENTAL HEALTH SERVICES AND TREATMENT OVER INMATES AT FAIRFIELD
DETENTION FACILITY. DEFENDANT JANE DOE #7 ACTED WHILE UNDER COLOR OF
LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED
IN HER INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH
VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

H.

35. DEFENDANT JOHN DOE #8 IS SERGEANT AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS SERGEANT IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER STAFF, EMPLOYEE'S, AND INMATES AT ~~RECEIVED~~ FAIRFIELD DETENTION FACILITY. DEFENDANT JOHN DOE #8 ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE PRACTICES OF THE CODE OF SILENCE.

36. DEFENDANT JOHN DOE # 9 IS CUSTODIAN OFFICER AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS CUSTODIAN OFFICER IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER INMATES AT FAIRFIELD DETENTION FACILITY. DEFENDANT JOHN DOE # 9 ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACT-ICES OF THE CODE OF SILENCE.

37. DEFENDANT JOHN DOE #10 IS POLICE OFFICER/OR SHERIFF AT FAIRFIELD OR SHERIFF DEPARTMENT WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS POLICE OFFICER/OR SHERIFF IS RESPONSIBLE FOR LAWFUL SAFETY AND SECURITY OF ~~ITS~~ ALL INMATES AT ~~FAIRFIELD~~ FAIRFIELD DETENTION FACILITY. DEFENDANT JOHN DOE #10 ACTED WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR DELIBERATE INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS BY THE CODE OF SILENCE

38. DEFENDANT JOHN DOE #11 IS CLASSIFICATION SERGEANT AT FAIRFIELD DETENTION FACILITY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK AND POSITION AS CLASSIFICATION SERGEANT IS RESPONSIBLE FOR LAWFUL OPERATIONS AND SUPERVISION OVER STAFF, EMPLOYEE'S AND INMATES

12.

**1** AT FAIRFIELD DETENTION FACILITY, DEFENDANT CLASSIFICATION SERGEANT JOHN DOE# 11 ACTED
**2** WHILE UNDER COLOR OF LAW DURING THE TIMES OF DEPRIVATIONS ARE CLAIMED HEREIN
**3** AND BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR THE DELIBERATE
**4** INDIFFERENCE WHICH VIOLATED PLAINTIFF'S RIGHTS WITH THE CUSTOMS, HABITS, AND PRACTICES
**5** OF THE CODE OF SILENCE.

**6** ## STATEMENT OF FACTS

**7** 39. FAIRFIELD DETENTION FACILITY (FDF) IS PRACTICING AND MAINTAINING THE CODE OF
**8** SILENCE BY ITS EMPLOYEES. THE CODE OF SILENCE OPERATES TO CONCEAL WRONGDOING, WHICH
**9** ALSO INCLUDES THE FAILURE TO ACT WHEN THERE IS AN ETHICAL AND PROFESSIONAL
**10** OBLIGATION TO DO SO, AND ANY EMPLOYEE, REGARDLESS OF RANK SWORN, OR NON-
**11** SWORN, WHO FAILS TO REPORT VIOLATIONS OF (FDF) POLICY OR WHO ACTS IN THE
**12** MATTER THAT FOSTERS THE CODE OF SILENCE, SHALL BE SUBJECT TO DISCIPLINE UP TO
**13** AND INCLUDING TERMINATION, IN WHICH ALL DEFENDANTS IN THIS COMPLAINT PRACTICED,
**14** ~~HAS DOESR ABOUT AUGUST RUDY = SEPTEMBER 2007 DEPARTMENT CUSTODIAL OFFICER DON~~
**15** ~~DONE WRONG CUSTODIAL PROCEDURE TINA DAVIS BY DEPRIVING PLAINTIFF~~
**16** 40. PLAINTIFF ALLEGES THAT HE IS AN INDIVIDUAL WITH A DISABILITY UNDER THE TITLE
**17** II. OF THE AMERICANS WITH DISABILITIES ACT.
**18** 41. ON OR ABOUT AUGUST-SEPTEMBER 2001 DEFENDANT CUSTODIAN OFFICER DON DAVIS ~~WITH~~ CONSPIRED
**19** WITH DEFENDANT PROGRAM SERGEANT TINA DAVIS, WHEN KNOWING OF PLAINTIFF MENTAL
**20** ILLNESS CONDITION, DEPRIVED PLAINTIFF RECREATIONAL PROGRAM (THE YARD) THAT WAS
**21** PART OF PLAINTIFF'S MENTAL HEALTH TREATMENT, FOR ABOUT 3 TO 7 WEEKS WHICH
**22** CAUSED PLAINTIFF'S CONDITION TO DETERIORATE. (SEE, EXHIBIT A )
**23** 42. PLAINTIFF WAS DEPRIVED TO PARTICIPATE IN (FDF) PROGRAM UNDER
**24** (ADA) FOR NOT TAKING HIS ~~PSYCHOTROPIC~~ ANTI-PYSHCOTIC MEDICATION ~~PRISON~~ BY DEFENDANT
**25** SERGEANT DEBRA SIGLER AND CLASSIFICATION SGT. JOHN DOE # 11 AND
**26** THEN PUNISHED BY PLACING PLAINTIFF IN THE HOLE FOR HIS MENTAL
**27** ILLNESS, ON OR ABOUT 2004 OF JULY, WHICH CAUSED PLAINTIFF
**28** MENTAL CONDITION TO DETERIORATE. (SEE, EXHIBIT "B")

13.

1  43. DEFENDANT SERGEANT FRED JONES KNEW OF DEFENDANTS SGT. SIGLER AND

2  CLASSIFICATION SGT. JOHN DOE #11 DISCRIMINATION AND PUNISHMENT BUT FAILED TO

3  REPORT IT. WHEN DEFENDANT JONES "STATED" YOU WERE TOOK OUT OF THE PROGRAM

4  BECAUSE OF YOUR REFUSAL TO TAKE YOUR ANTI-PYSCHOCOTIC MEDICATION" (SEE, EXHIBIT )

5  44. PYSHCOLOGIST MIKE CASTELLE "STATED TO PLAINTIFF "I WILL TALK WITH SGT FRED

6  JONES AND LT. JOESPH HEADLEY TO GET YOU BACK IN THE PROGRAM" AFTER PLAINTIFF DISCLOSED

7  DEFENDANTS SIGLER AND CLASS. SGT. JOHN DOE #11 DISCRIMINATION AND PUNISHMENT ON PLAINTIFF.

8  45. ON OR ABOUT NOVEMBER 2004 OR MARCH 2005 DEFENDANT SERGEANT CHILDERS

9  RETALIATED AGAINST PLAINTIFF FOR FOR HIS FILING AN COMPLAINT AGAINST DEFENDANT

10  SGT. CHILDERS FOR HER MIS CONDUCT.

11  46. DEFENDANT SGT. CHILDERS CONDUCTED A RETALIATORY REHOUSING ON PLAINTIFF AND

12  PUNISHED PLAINTIFF BY PLACING HIM IN, A INHUMANE AND BARBARIC LIVING CONDITION'S

13  IN A-MODULE (THE HOLE) FOR HIS COMPLAINT ON DEFENDANT CHILDERS, TO JUSTIFY THE RETALIATION

14  DEFENDANT CHILDERS FALSE FABRICATED AN INCIDENT ALLEGING PLAINTIFF THREATEN HER.

15  NO WRITE-UP WAS GIVEN TO PLAINTIFF UNTIL ABOUT THE 15th DAY OF PLAINTIFF BEING

16  REHOUSED.

17  47. PLAINTIFF UNDERWENT BARBARIC AND INHUMANE LIVING CONDITIONS THAT AS : THE SUCH

18  YELLING, SCREAMING, AND BANGING ON CELL DOORS BY UNSTABLE MENTALLY ILL INMATES

19  DURING THE NIGHTS AND DAYS; AN EXTREMELY STRONG AND FOWL ORDER LINGERED IN

20  AND OUTSIDE THE MODULE; FILTHY FLOORS UNSWEPT FLOORS; THE DENIAL OF YARD

21  WHILE ON PLAINTIFF'S RECREATIONAL TIME; ON DIFFERENT PARTS OF THE FLOOR

22  WERE UNKNOWN LIQUID SUBSTANCES; FLOODED FLOORS; FILTHY CELLS; FILTHY

23  SHOWERS; ETC... INCLUDING FILTHY AND UNSANITARY PIECES OF BROOM THAT PLAINTIFF

24  WAS GIVEN TO CLEAN AND SWEEP WITH. (SEE, EXHIBIT " C ")

25  48. DEFENDANTS' JASON GARRISON, JEFFERY SMITH, CAROLYN CHILDERS, JOESPH HEADLEY

26  SGT. JOHN DOE # 5 , PRACTIONER ASSISTANCE JANE DOE #6, NURSE JANE DOE# 7, NURSE ANGIE JIM

27  TERESA CROW, THE HEARING OFFICER JOHN BARBER THEY COUNSELOR , NURSE GREG SMITH, AND THE TOWER OFFICER JAN DOE # 12

28  ALL KNEW OF THE BARBARIC AND INHUMANE LIVING CONDITION AND IGNORED THEM.

14.

1  49. DEFENDANT TERESA CROW CONSPIRED WITH DEFENDANT LT. JOESPH HERDLEY IN CONDUCTING A

2  A COUNTERFEIT HEARING TO JUSTIFY DISCIPLINING FOR PLAINTIFF. FOR DEFENDANT CHILDERS FALSE REPORT

3  OF PLAINTIFF THREATING HER, AFTER DEFENDANT LT. HEADLEY ORDER PLAINTIFF OUT OF THE HOLE, DEFENDANT

4  CHILDERS CONSPIRED WITH HER SISTER DEFENDANT SGT. DOLAN IN RETALIATORY REHOUSING PLAINTIFF

5  AND STATED THE PURPOSE ON THE RETALIATORY REHOUSING IS BECAUSE OF PLAINTIFF MENTAL DISABILITY

6  AND PLACED IN ADSEG. (SEE, EXHIBIT "D") AND (EXHIBIT "E")

7  50. THE WITNESSES THAT ALSO LIVED IN THESE BARBARIC AND INHUMANE LIVING CONDITIONS ARE

8  INMATES, OLSAR PEREZ, KEITH RUGOS, AND DARYL PUGH, DEFENDANT SGT JOHN DOE # 8 ALSO

9  WITNESSED THESE CONDITIONS AND DEPRIVED PLAINTIFF MEDICAL TREATMENT BY NOT GIVEN PLAINTIFF

10  THE BOOTS THAT WERE ALLOWED TO ACCOMMEDATE HIS FLAT FEET BY DEFENDANT JANE DOE # 6 (SEE,

11  EXHIBIT "F") WHILE HOUSED IN THESE LIVING CONDITIONS.

12  51. DEFENDANT JEFFERY SMITH CONSPIRED WITH DEFENDANT CHILDERS IN DENYING PLAINTIFF

13  RIGHT TO FILE GRIEVANCES BY DEFENDANT CHILDERS ORDER ORDERING PLAINTIFF GRIEVANCES TO BE

14  THROWN AWAY A WHILE PLAINTIFF WAS HOUSED IN THESE LIVING CONDITIONS. (SEE, EXHIBIT D)

15  51A) PLAINTIFF SUFFERED THROWING UP HIS MEALS AND LOSS OF APPETITE AT BREAKFAST, LUNCH, AND

16  DINNER DUE TO THE EXTREME STRONG FOUL GRDER; PLAINTIFF SUFFERED HEADACHES AND WAS ORDER MOTRIN'S

17  AND LOSS OF SLEEP DUE TO UNSTABLE MENTALLY ILL INMATES BANGING, YELLING, AND SCREAMING THRU OUT THE

18  DAYS AND NIGHTS; REFUSED TO ALLOW PLAINTIFF ACCESS TO RECREATIONAL PROGRAM (THE YARD) WHICH

19  ALSO ALONG WITH THESE OTHER LIVING CONDITIONS CAUSED PLAINTIFF MENTAL ILLNESS TO DETERIORATE.

20  52. ON OR ABOUT AUGUST 6.2002: DEFENDANTS WASHIBYASHI, PUTNAM, JOHN DOE # 1, JOHN DOE # 2

21  . USED EXCESSIVE FORCE IN RETALIATION OF PLAINTIFF REQUESTS FOR MENTAL HEALTH TREATMENT

22  AND MEDICATION FOR HIS MENTAL ILLNESS, AFTER PLAINTIFF SUBDUED DEFENDANT WASHIBYASHI KICKED PLAINTIFF

23  TWO TO THREE TIMES AND STATED KICK ON MY GODRENOW "FOCKIN BROR NOW MOTHERFUCKER" DEFENDANTS' JOHN DOE # 7 ;

24  JOHN DOE # 2, PUTNAM, ASSISTED DEFENDANT NEIL WASHIBYASHI IN TURNING PLAINTIFF UPSIDE DOWN AND SOMEONE

25  STARTED SQUEEZING PLAINTIFF'S GROINS WHICH CAUSED EXCRUIATING PAIN AND PLACED PLAINTIFF ON THE

26  FLOOR AFTER STRIPPING OUTSIDE THE CELL (SEE, EXHIBIT "G")

27

28

15.

1. 53. DEFENDANT JANE DOE# 3 WATCHED DEFENDANTS' WASHIBYASHI, PUTNAM, JOHN DOE#1,
2. JOHN DOE# 2, JOHN DOE# 4 USE EXCESSIVE FORCE AND FAILED TO INTERVENE.
3. 54. PLAINTIFF WAS PLACED IN THE WRAP (RESTRAINTS) WITH A HELMET OVER HIS HEAD
4. PLAINTIFF YELLED FOR OFFICERS SO HE COULD USE THE REST ROOM BUT NO ONE CAME WHICH
5. LEFT PLAINTIFF TO URINATE OVER HIS SELF; DEFENDANT WASHIBYASHI GAVE PLAINTIFF A
6. SET OF CLEAN CLOTHES.
7. 55. PLAINTIFF WAS THEN PUNISHED WITHOUT DUE PROCESS FOR DEFENDANT WASHIBYASHI'S
8. EXCESSIVE USE OF FORCE INTO INCIDENT BY PLACING PLAINTIFF IN THE HOLE ( A-
9. MODULE) ON THE 4th FLOOR.
10. 56. PLAINTIFF NOTIFIED DEFENDANT NURSE JIM OF OFFICERS BEATING HIM UP FOR
11. HIS REQUEST FOR HIS MEDICATION AND MENTAL HEALTH SERVICES. DEFENDANT JIM ORDER-
12. ED PLAINTIFF MOTRINS FOR HIS PAIN BUT DID NOT REPORT THE WRONGDOING. (SEE, EXHIBIT
13. G pg. 3) PLAINTIFF ATTEMPTED TO FILE A COMPLAINT BUT NO ANSWER WAS GIVEN (SEE, 2d, pg.-
14. EXHIBIT "G").
15. 57. ON OR ABOUT FEBURARY 3, 2006 DEFENDANT CUSTODIAN OFFICER NEIL WASHIBYASHI
16. NOW, DEMOTED FOR MISCONDUCT, SLID PLAINTIFF A RAZOR BLADE WHILE ON SUICIDE
17. WATCH WITH TOTAL DISREGARD OF PLAINTIFFS SAFETY. (SEE, EXHIBIT "H")
18. 58. PLAINTIFF TOOK THE RAZOR BLADE AND STARTED CUTTING HIS SELF, OFFICER KIRKLAND
19. REPORT THE INCIDENT DEFENDANT JASON VEACH OBSERVED PLAINTIFF CUTTING HIS SELF
20. BY LOOKING IN THE WINDOW. DEFENDANT SGT. SIGLER RESPONDED ORDERED PLAINTIFF
21. TO GIVE HER THE RAZOR, PLAINTIFF COMPLIED, DEFENDANT SIGLER LOOKED AT PLAINTIFFS
22. INJURIES AND STATED "PLAINTIFF DID NOT NEED A DOTOR" BUT WOULD LET NURSES
23. ANGIE AND GREG LOOK AT IT". (SEE, EXHIBIT "A")
24. 59. DEFENDANTS' ANGIE JIM, GREG SMITH, JOHN MAIKE RESPONED AND CONSPIRED
25. WITH DEFENDANT SGT. SIGLER CONCEALING DEFENDANT WASHIBYASHI'S SLIDING
26. PLAINTIFF A RAZOR, AND DEFENDANTS' JIM, G. SMITH, MAIKE AGREED TO FALSIFY
27. THE SEVERITIES OF PLAINTIFF'S INJURIES AND STATED " PLAINTIFF DID NOT NEED
28. STETCHES, WHEN PLAINTIFF REALLY DID NEED STETCHES. (SEE, EXHIBIT "A")

16.

60. DEFENDANT LT. SCOTT BRADFORD ALSO RESPONDED AND ASKED PLAINTIFF "WHAT HAPPEN?" PLAINTIFF STATED DEFENDANT WASHIBYASHI SLID HIM A RAZOR BLADE AND LT. BRADFORD ASKED "WHAT ELSE," PLAINTIFF STATED HE ALREADY TOLD SGT. SIGLER WHAT HAPPEN". LT. BRADFORD THEN LEFT, TO TALK WITH DEFENDANT SGT. SIGLER AND CONSPIRED WITH SIGLER BRADFORD TO CONCEAL THIS WRONGDOING.

61. DEFENDANT POLICE OFFICER/OR SHERIFF JOHN DOE# 10 CONDUCTED AN COUNTERFIET REPORT AND CONSPIRED WITH DEFENDANT SGT. SIGLER AND DEFENDANT SIGLER TOLD TO TAKE THE PICTURES WITH THE BANDAGES & COVERING PLAINTIFF INJURIES, JOHN DOE# 10 COMPLIED. DEFENDANTS' JIM, G. SMITH, AND MIKE STOOD BY AND WATCHED, DEFENDANT ROD MARSH DISCRIMINATED BY PLACING PLAINTIFF IN THE HOLE. CONSPIRED WITH SIGLER BY AND HIS MENTAL ILLNESS, (SEE, EXHIBIT "E") FOR-

62. ON OR ABOUT FEBURARY 2006, DEFENDANT DUNCAN USE EXCESSIVE FORCE WITH THE INTENT TO CAUSE PLAINTIFF HARM, WHEN TWO CUSTODIAN OFFICERS DEFENDANTS' RODNEY HERNANN AND JOHN DOE#. 1 WAS PREPARING PLAINTIFF TO BE TRANSFERRED TO ANOTHER SUICIDE SAFETY CELL, WHEN DEFENDANT DUNCAN BRUSHED IN THE DOORWAY AND ORDER PLAINTIFF TO GET UP AND FACE THE FUCKIN WALL. PLAINTIFF COMPLIED. (SEE, EXHIBIT "I")

63. DEFENDANT DUNCAN STATED IN A MENACING TENOR MATTER 0; YOU WANT TO FUCKIN PLAY MOTHER FUCKER AND SLAMMED PLAINTIFF INTO ANOTHER WALL. PLAINTIFF STATED "HE DID NOTHING WRONG AND DON'T HURT HIM" DEFENDANT DUNCAN CONTINUED TO USE EXCESSIVE FORCE BY LIFTING PLAINTIFFS ARMS UP WHILE THEY WERE STILL BEHIND PLAINTIFF BACK AND STATED "I TOLD YOU I WOULD SEE YOU AGAIN" "YOU AINT SHIT WITHOUT A SCREW DRIVER" AND TWISTED PLAINTIFFS PINKY FINGER WHICH LED PLAINTIFF TO SCREAM IN PAIN. AND THE PUT THE HANDCUFFS ON PLAINTIFF.

64. DEFENDANT DUNCAN THEN GRABBED PLAINTIFF HAIR IN AN AGRESSIVE AND HOSTILE MATTER AND USE UNNECESARY FORCE AND WALKED PLAINTIFF TO THE ELEVATOR IN A AGRESSIVE AND HOSTILE MATTER. DEFENDANTS' RODNEY HERNANN AND JOHN DOE# 1 WITNESSED DEFENDANT EXCESSIVE FORCE AND LOOKED ON.

65. DEFENDANT FRANK BAILEY WITNESSED DEFENDANT DUNCAN USE UNNECESSARY

17.

1 | FORCE AND PLAINTIFF ASKED BAILEY TO HELP BUT DEFENDANT BAILEY JUST LOOKED AT
2 | PLAINTIFF AND SHOOK HIS HEAD.

3 | 66. DEFENDANTS' JOHN DOE # 1, JOHN DIE # 5 JOHN DOE # 9, JOHN DOE # 13 AND
4 | RODNEY FOLLOWED DEFENDANT DUNCAN TO A ISOLATED AREA IN THE SUICIDE
5 | SAFETY CELL AND TOOK PLAINTIFF ALL THE WAY TO THE BACK AND SLAMMED PLAINTIFF
6 | HEAD AGAINST THE WALL AND THEN TOOK THE HANDCUFFS OFF AND GOT IN A
7 | FIGHTING STANCE AND TOLD PLAINTIFF TO "COME ON MUTHER FUCKER COME ON"
8 | AND PLAINTIFF STILL BEING DAZE DID NOT RESPOND AND DEFENDANT DUNCAN STATED
9 | "YOU ARE A BITCH, AND COWARD WITH A SCREWDRIVER" AND STORMED OFF
10 | WHILE DEFENDENTS' WATCHED AND DID NOTHING.

11 | 67. PLAINTIFF NOTIFIED DEFENDANT SGT. SIGLER AND SHE WAS ACCOMPANIED BY
12 | DEFENDANT JASON VEACH, DEFENDANT SGT. SIGLER GOT PLAINTIFF A NURSE, DEFENDANT
13 | ANGIE JIM (NURSE), PLAINTIFF REPORTED TO ALL DEFENDANTS' THAT HE WAS JUMPED ON
14 | BY DEFENDANT DUNCAN, DEFENDANT, VEACH, TOLD PLAINTIFF TO MAN UP, AND DEFENDANT
15 | SIGLER TOLD PLAINTIFF SHE WOULD TALK TO DUNCAN, DEFENDANT NURSE JIM ATTENDED TO
16 | PLAINTIFF INJURIES AND ORDER PLAINTIFF SOME MOTRINS, ALL DEFENDANTS CONCEALED
17 | DEFENDANT DUNCAN WRONGDOING. (SEE EXHIBIT I)

18 | ## LEGAL CLAIMS FOR RELIEF

19 | 69. PLAINTIFF REALLEGES AND INCORPORATE BY REFERENCE PARAGRAPHS
20 | 1 THRU 67 OF THIS COMPLAINT.

21 | 70. THE CIVIL RIGHTS ACT IN WHICH THIS COMPLAINT IS FILED PROVIDES
22 | PLAINTIFFS AS FOLLOWS: EVERY PERSON WHO UNDER COLOR OF STATE LAW... SUBJECTS OR
23 | CAUSED TO BE SUBJECTED, ANY CITIZEN OF THE UNITED STATES..., TO THE DEPRIVATIONS OF
24 | ANY RIGHTS PRIVILEEGES OR IMMUNTIES SECURED BY THE CONSTITUTION ..., SHALL BE
25 | LIABLE TO THE PARTY INJURED IN ACTION AT LAW SUIT IN EQUITY OR OTHER
26 | PROPER PROCEEDINGS FOR A REDRESS 42, U.C.S. SECTION 1983
27 |
28 |

18.

1      71. PLAINTIFF HAS NO PLAIN ADEQUATE, OR COMPLETE REMEDY AT LAW TO

2    REDRESS THE WRONGS DESCRIBED HEREIN, PLAINTIFF HAS BEEN AND WILL CONTINUE

3    TO BE IRREPARABLY INJURED AND VICTIMIZED BY THE DEFENDANTS', AND EACH OF

4    THEM, AND THERE CODE OF SILENCE IMPOSITIONS WHICH VIOLATED PLAINTIFF'S

5    1ST, 4th, 5th, 6th, 8th, AND 14th AMENDMENT RIGHTS AND (ADA) UNDER THE U.S.

6    CONSTITUTION, UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTION RELIEF

7    WHICH PLAINTIFF'S SEEKS.

8

9      WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER

10   JUDGMENT GRANTING PLAINTIFF:

11      72. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN

12   VIOLATED PLAINTIFF'S RIGHTS UNDER THE STATE OF CALIFORNIA THE U.S CONSTITUTION

13   AND THE LAWS OF THE UNITED STATES.

14      73. A PERMANENT INJUNCTION ORDERING THE FAIRFIELD DETENTION

15   FACILITY TO UPHOLD AND ENFORCE THE "ZERO TOLERANCE REGARDING THE CODE

16   OF SILENCE "POLICY 4" ON ANY AND ALL DEFENDANTS' WHOM THIS HONORABLE

17   COURT DETERMINES HAS ACTED WITH SUCH CODE OF SILENCE CUSTOMS, HABITS,

18   AND PRACTICES DURING THE TIMES THE DEPRIVATIONS ARE CLAIMED IN THIS

19   LAWSUIT,

20      74. COMPENSATORY DAMAGES IN THE AMOUNT OF $ 10,000.∘∘ DOLLARS

21   AGAINST DEFENDANTS' AND EACH OF THEM, MENTIONED HEREIN.

22      75. PUNITIVE DAMAGES IN THE AMOUNT OF $ 10,000.00 DOLLARS AGAINST

23   DEFENDANTS' AND EACH OF THEM, MENTIONED HEREIN.

24      76. EXEMPLARY DAMAGES IN THE AMOUNT OF $ 10,000.00 DOLLARS AGAINST

25   DEFENDANTS' AND EACH OF THEM MENTIONED HEREIN.

26      77. PROSPECTIVE DAMAGES IN THE AMOUNT OF $ 10,000.00 DOLLARS AGAINST

27   DEFENDANTS' AND EACH OF THEM MENTIONED HEREIN.



1    78. SPECIAL DAMAGES IN THE AMOUNT OF $10,000.00 DOLLARS AGAINST
2    DEFENDANTS' AND EACH OF THEM, MENTIONED HEREIN.

3        79, A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

4        80. FOR REASONABLE ATTORNEY'S FEES AND COST OF SUIT,
5    INCLUDING EXPECT WITNESS FEES, PURSUANT TO 42 U.S.C. SECTION 12205, 29
6    U.S.C. SECTION 2619(a)(3), CAL. CIV. CODE SECTION 52(a), 54.3(a), AND 55.
7    CAL, CIV. PROC. CODE SECTION 1021.5 AND ALL OTHER LAWS; AND

8        81. FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST
9    AND PROPER.

10

11                    VERIFICATION

12       I MACK A WEST JR. DO HEREBY DECLARE UNDER THE PENALTY OF
13    PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA AND UNITED STATES
14    THE FOREGOING IS TRUE AND CORRECT.

15       EXECUTED ON THIS 1ST DAY OF JUNE  2008, AT LANCASTER
16    CALIFORNIA.

17

18

19                              M W JR

20                         MACK WEST JR
21                         PLAINTIFF / DECLARANT ;
22                              IN PRO SE.

23

24

25

26

27

# EXHIBIT A

TO: THE LIST.
PROGRAM TINA

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

FACILITY: CLAYBANK - VALLEJO - FAIRFIELD
(circle one)

NAME: MACK West          DATE:

HOUSING: C-14          BK NO:

REQUEST: WHY ARE NOT LETING ME
GO TO THE YARD ON MY UNLOCK DAVIS
TOLD ME YOU WERE BEHEND THIS

OFFICER SIGN. AND CALL NO:

circle    APPROVED    or    DISAPPROVED

REASON:

5/92 SDD 033

To, Sgt. ___
Program Line

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

FACILITY: CLAYBANK  -  VALLEJO  -  FAIRFIELD
(circle one)

NAME: West Mack                    DATE: _____

HOUSING: Y-14          BK NO: _____

REQUEST: Mr. West is requesting to be
allowed yard so he can get fresh air
- yard. it been at least 2 weeks and still as -

OFFICER SIGN. AND CALL NO: _____

circle      APPROVED      or      DISAPPROVED

REASON: _____

# EXHIBIT B

DR.
MIKE
CASTLE

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

FACILITY:   CLAYBANK   -   VALLEJO   -   FAIRFIELD
(circle one)

NAME: MACK West                DATE:

HOUSING: A-Mod 15        BK NO:

REQUEST: THE SARGENT SINGLER AND

THE CLASSIFICATION SARGENT KICK

ME OUT CAUSE I DID NOT TAKE MY MEDS

OFFICER SIGN. AND CALL NO:

circle     APPROVED     or     DISAPPROVED

REASON:

# EXHIBIT C

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

CLAYBANK - VALLEJO - FAIRFIELD

FACILITY:
(circle one)

NAME: Mark Hunt

HOUSING: B. Mod          BK NO:

DATE:

REQUEST: It is hereby the Mr. Hunt requested to be moved from this pod and unusual punish that you put him in

# EXHIBIT D

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

FACILITY: CLAYBANK — VALLEJO — FAIRFIELD
(circle one)

NAME: _Mack West_          DATE: _____

HOUSING: _1-7-72_          BK NO: _____

REQUEST: _Why are you ordering officer Smith to throw_
_My grievances away? that is not right_

OFFICER SIGN. AND CALL NO: _____

circle      APPROVED      or      DISAPPROVED

REASON: _____

5/92 SDD 033

Sgt. Dolan

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

FACILITY: CLAYBANK - VALLEJO - FAIRFIELD
(circle one)

NAME: Mack West _____ DATE: _____

HOUSING: F-mod _____ BK NO: _____

REQUEST: Sgt. Dolan I never threaten your
sister Childers, like I said,what was meant in the
grievance was filing a lawsuit, howcan you turn around
and threaten me, and yes I believe which craft is evil.
OFFICER SIGN. AND CALL NO:

circle    APPROVED    or    DISAPPROVED

REASON: _____

5/92 SDB 033

# EXHIBIT E

Lt. Joe Headley

# SOLANO COUNTY SHERIFF'S OFFICE
## CUSTODY DIVISION

**INMATE GRIEVANCE FORM**

Grievance # _____

**FACILITY:**    Claybank Facility        Vallejo Facility        Fairfield Facility
(Circle One)

If, while in the Solano County Jail, you have a complaint regarding custody treatment, medical treatment or another related custody problem, you may complete this form and give it to your module officer.

A grievance should be submitted within three (3) days of the incident. It will be returned to you, with an answer, within seven (7) days.

Every attempt will be made to resolve your grievance at the lowest possible level: however, it may be necessary to bring your grievance to a higher level for resolution.

Grievances may be filed on all matters except the following:

1. Decisions handed down by the court.

**BRIEFLY STATE YOUR GRIEVANCE:**      DATE: _____ TIME: _____

I, MackWest

(INMATE'S NAME)    HAVE THE FOLLOWING GRIEVANCE:

C/o Crow did not do a hearing on me and Clogaerson told me you told him you wanted ME To do 10 days for Sgt, Childers lying on me because of my grievenes on her

**SUBMITTED TO:** _____    DATE: _____ TIME: _____
     (SIGNATURE)

**RESOLUTION**

**LEVEL 1 - WATCH SUPERVISOR:** _____ DATE: _____ TIME: _____
**FINDINGS:**

**LEVEL 2 - FACILITY COMMANDER:** _____ DATE: _____ TIME: _____
**FINDINGS:**

Rod of Classification

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

FACILITY: CLAYBANK - VALLEJO - FAIRFIELD
(circle one)

NAME: MackWest                    DATE:

HOUSING: 2-Z-Mod          BK NO:

REQUEST: I been here for over 3 month.
because them thingy you told me I had
a mentel ellness, and people are tryin to
Kill me. I want to leave
OFFICER SIGN. AND CALL NO:

circle    APPROVED    or    DISAPPROVED

REASON:

5/92 SDD 033

# EXHIBIT  F

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

# CFMG
**California Forensic Medical Group**
I N C O R P O R A T E D

West, Mack Aurthur
8-18-73  BI#125480

NAME: _____
(Last)        (First)        (M.I.)        DOB: _____  BOOKING NO.: _____

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| ΣØ5 | 4/11/05 | S: 4 (B)tooth pain @ 3-4 weeks. Seen true |
| ΣØ1 | 1040. | pain ful — "comes & goes." ↑ ā brushing ā bleeding. |
| | | O: #2 ; buccal breakage · crowding. |
| | | ✱ ⊬ believe Seen ōm ↑his tooth ✱ |
| | | A: Tooth Pain . |
| | | P: Schedule dollar up. 1 )CA, D |
| | | [signature] PM                    SHEPARD   APR 1 2 2005 |
| ΣØ5 | 5/16/05 b35 | S) Lee & during & sweeping up. for a "minute". Had bonts - con't get 'em now. Sharp pain around ankles. Comes & goes; better when all feet. "Socks make ne ill" |
| | | O) difficult gradl. stutters. BP: 128/70  P: 76 SOu' Dr(CR.  Perfect nails / skin. feet: bespores no tenderty. A) Osteoarthalgia. Periphones |
| | | P) Pain/uel feet. P) Reassure. Dr Bell up PM- |
| | | addendum: Su siqut weight  6'0" O) Wt: 204 A) Overweight P) Discuss doeing calibrate du mur. Reau. |
| | | [signature]  march 20 05 P03:10 IN |

PROGRESS NOTES

CFMG SOAP1

SGT. SERISEN

**SOLANO COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION**

**INMATE REQUEST**

FACILITY: CLAYBANK - VALLEJO - FAIRFIELD
(circle one)

NAME: __MACK WEST__ DATE: _____

HOUSING: __A-MOD__ BK NO: _____

REQUEST: __SGT. JERISEN MY FEET IS__

__STARTIN TO HURT CAN GET MY__

__BOOTS BACK__

OFFICER SIGN. AND CALL NO: _____

    circle    APPROVED    or    DISAPPROVED

REASON: _____

5/92 SDD 033

# EXHIBIT G

LT. HEADLEY

**SOLANO COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION**

**INMATE REQUEST**

FACILITY:   CLAYBANK   -   VALLEJO   -   FAIRFIELD
(circle one)

NAME: MACK West                DATE: 8/13/02

HOUSING: A-MOD         BK NO: _____

REQUEST: SARGENT NEIL WASHIASHI
JUMPED ON ME OTHER OFFICERS
FOR NEEDING MY MEDICATION AND TIED ME UP.

OFFICER SIGN. AND CALL NO: _____

___PROVED      or      DISAPPROVED

# SOLANO COUNTY SHERIFF'S OFFICE
## CUSTODY DIVISION

TO! LT. HEADLEY **INMATE GRIEVANCE FORM**

**FACILITY:**      Claybank Facility                                    Fairfield Facility
(CIRCLE ONE)

If, while in the Solano County Jail, you have a complaint regarding custody treatment, medical treatment or another related custody problem, you may complete this form and give it to your module officer. A grievance should be submitted within five (5) days of the incident. It will be returned to you, with an answer, within five (5) days.

Every attempt will be made to resolve your grievance at the lowest possible level; however, it may be necessary to bring your grievance to a higher level for resolution.

Grievances may be filed on all matters except the following:
1. Decisions handed down by the court.
2. Inmate disciplinary actions.

**BRIEFLY STATE YOUR GRIEVANCE:**        DATE: _8 – 22- 02_    TIME:

I, ___MACK WEST___ HAVE THE FOLLOWING GRIEVANCE:
(INMATE'S NAME)

Sgt. Neil Washibashi AND OTHER C/O's JUMP
ED ON ME WHEN I GOT HERE ON 8=6-02
BECUZ I NEEDED IT MY MEDICATION THIS IS MY
SECOND TIME WRITEING AND NO ANSIR

**SUBMITTED TO:** _____     DATE: _____     TIME: _____
(SIGNATURE)

## RESOLUTION
**LEVEL 1 - WATCH SUPERVISOR:** _____     DATE: _____     TIME: _____
**FINDINGS:**

**LEVEL 2 - FACILITY COMMANDER:** _____     DATE: _____     TIME: _____
**FINDINGS:**

2/04 SDD 008

| 01 | 10:30 | Psychiatry |

S- "I don't know you, why you messing with me".

O - Alert, oriented, suspicious, paranoid about my intentions and initially questioning motive for interview. W/ th continuing dialog became friendly and actually amusing. Wanted to see ony ID and concluded my identity was George Burns. Not compliant, No TD, No ESP.

A - Stabilizing with 0 wound / meds
P - Con't meds ☐ under

H.J buck from patton hospital - stated on zoloft + zyprexa - had fight c co-last night - ZM stated " I hear the voices, and I ask the medication they didn't give me - effect blunted - To A-H. Denies
S> - % back hurt - A) para schyho
P) continue Medication. _____ AJM

EXHIBIT H

# SOLANO COUNTY SHERIFF'S OFFICE
## CUSTODY DIVISION

**INMATE GRIEVANCE FORM**

Grievance # 0002010

**FACILITY:**  Claybank Facility          Vallejo Facility          (Fairfield Facility)

(Circle One)

If, while in the Solano County Jail, you have a complaint regarding custody treatment, medical treatment or another related custody problem, you may complete this form and give it to your module officer.

A grievance should be submitted within three (3) days of the incident. It will be returned to you, with an answer, within seven (7) days.

Every attempt will be made to resolve your grievance at the lowest possible level; however, it may be necessary to bring your grievance to a higher level for resolution.

Grievances may be filed on all matters except the following:

1. Decisions handed down by the court.

**BRIEFLY STATE YOUR GRIEVANCE:**          DATE: 6-19-06   TIME: 6pm

I, Mack ARThur WesT          **HAVE THE FOLLOWING GRIEVANCE:**

(INMATE'S NAME)

On 1-30-06 I was Placed on SuicidE wAtch do to My SuicidAl
AttemT to hANg MySelf. In the PRocess of being detaiNed,
"SuiciDE CEll", I DEcAME assEssEd with A PiEcE of RAZOR
that was slid to me fRom JAil StAff WAKAbiAyAshi. I ENdEd up
cutting MySElf over 20 timEs on my lEft ARM. I was NEAVER
givEN PRoPER mEdicAl attENtion and I was SEEN by NuRSES,
AngiE, JoHn, GREg, I WAS NEAVER SEEN by A PhysicAN. I wAs
PlAcEd in A SuicidE CEll, SuiciDAl WATch to PERVENt mE fRom
AttEmptiNg to commitE SuicidE, HuRt MySElf in ANy foRM, but
do to OPERAtioNAl PRocEduRES bEing disREgAREd, I DEcAmE [cut off]

**SUBMITTED TO:** _____          DATE: 06-20-06   TIME: 1915

(SIGNATURE)

## RESOLUTION

**LEVEL 1 - WATCH SUPERVISOR:** _____ DATE: _____ TIME: _____
**FINDINGS:**

**LEVEL 2 - FACILITY COMMANDER:** _____ DATE: _____ TIME: _____
**FINDINGS:**

| Grievance Num: | 6002086 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grievance Date: | 06-29-2006 21:10 | | | | | | | | | | |
| Subject#1: | MED | | | | Subject#3: | APAN | | | | | |
| Subject#2: | APPL | | | | Subject#4: | | | | | | |
| | Fac: 1 | Flr: 2 | | Mod: Z | | | | | | | |
| Location: | LEVEL 2 Z MOD CELL 01 | | | | | | | | | | |

Summary: INMATE FEELS WORDING ON BACKSIDE OF ORIGINAL 6002010 GRIEVANCE WAS OMITTED IN ANSWER AND REQUESTS MEDICAL TO REVIEW THIS AGAIN AND GIVE COMPLETE ANSWER.

Routed To: MEDICAL

Action Officer:      INMATE      Action Date:

Action Taken: see narrative      COPY

Appeal Investigator: MASHBURN

Appeal Result Code:

Appeal Summary: Please see Grievance Response # 6002010 for the 2nd level review. This second level response exhausts your administrative remedies.

**Linked Inmates**

| BI | BookNum | Inmate Name | Status | Fac | Flr | Mod | Cell | Bed |
|---|---|---|---|---|---|---|---|---|
| 125480 | 2002012061 | WEST, MACK ARTHUR | IN | 1 | 2 | Z | 01 | B |

Narrative ID: 62546

| Orig Officer: | SHC485 | Update Officer: | Cng ID: | SHC485 |
|---|---|---|---|---|
| Orig Dt: | 07-03-2006 07:5 | Update Dt: | Cng Dt: | 07-03-2006 07:5 |

Received in medical 6/30/2006|

| Grievance Num: | 6002010 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grievance Date: | 06-20-2006 21:50 | | | | | | | |
| Subject#1: | MED | | | | Subject#3: | APAN | | |
| Subject#2: | APPL | | | | Subject#4: | | | |
| | Fac: | 1 | Flr: | 2 | Mod: Z | | | |
| Location: | Z MOD CELL O1 | | | | | | | |

**Summary:**  INMATE GRIEVING CARE BY MEDICAL DURING SUICIDE WATCH IN JANUARY 2006

**Routed To:**

| Action Officer: | MEDICAL | Action Date: |
|---|---|---|
| Action Taken: | see narrative | |

**Appeal Investigator: MASHBURN**

**Appeal Result Code: DENY**

**Appeal Summary:**  This second level response exhausts your administrative appeal process

### Linked Inmates

| BI | BookNum | Inmate Name | Status | Fac | Flr | Mod | Cell | Bed |
|---|---|---|---|---|---|---|---|---|
| 125480 | 2002012061 | WEST, MACK ARTHUR | IN | 1 | 2 | Z | 01 | B |

**Narrative ID: 62181**

| Orig Officer: | SHC485 | Update Officer: | Cng ID: | SHC485 |
|---|---|---|---|---|
| Orig Dt: | 06-21-2006 18:1 | Update Dt: | Cng Dt: | 06-21-2006 18:1 |

Received in medical 6/21/2006.|

**Narrative ID: 62383**

| Orig Officer: | SHC485 | Update Officer: | Cng ID: | SHC485 |
|---|---|---|---|---|
| Orig Dt: | 06-28-2006 08:0 | Update Dt: | Cng Dt: | 06-28-2006 08:1 |

Your medical chart was reviewed relating to the incident on 2/3/2006 when you cut your left arm. You were seen and treated immediately by 2 nurses for superficial cuts to your arm. You did not require treatment by a physician. You were seen by a psych|

iatrist on 2/7/2006. At that time you were refusing your psychiatric medications, and continued to do so. You were not denied medical or psychiatric treatment or medications at any time during or after this incident.|

## Grievance Detail for Grievance Number:

| 6002010 |
| --- |

**Narrative ID:** 62745

| **Orig Officer:** | SHC190 | **Update Officer:** | | **Cng ID:** | SHC190 |
| --- | --- | --- | --- | --- | --- |
| **Orig Dt:** | 07-10-2006 08:4 | **Update Dt:** | | **Cng Dt:** | 07-10-2006 08:5 |

Second Level Response. Grievance # 6002010, dated 6/19/06 was responded to by medical. An appeal to this response was filed by the Mr. West on 6/29/06, under Grievance # 6002086. A review has been completed. The "Inmate Grievance Procedure" clearly id|

entifies that an inmate shall submit a grievance within five days of the incident. The incident identified in the grievance occurred in the January/February time-frame. The grievance was not issued within the proper time line. Grievance denied. |

# EXHIBIT I

# EXHIBIT I

# SOLANO COUNTY SHERIFF'S OFFICE
## CUSTODY DIVISION

**INMATE GRIEVANCE FORM**                    Grievance # 60009324

**FACILITY:** Claybank Facility        Vallejo Facility          Fairfield Facility
(Circle One)

If, while in the Solano County Jail, you have a complaint regarding custody treatment, medical treatment or another related custody problem, you may complete this form and give it to your module officer.

A grievance should be submitted within three (3) days of the incident. It will be returned to you, with an answer, within seven (7) days.

Every attempt will be made to resolve your grievance at the lowest possible level: however, it may be necessary to bring your grievance to a higher level for resolution.

Grievances may be filed on all matters except the following:

1. Decisions handed down by the court.

**BRIEFLY STATE YOUR GRIEVANCE:**          DATE: 3-21-06    TIME: _____

I, _____MACK WEST_____    HAVE THE FOLLOWING GRIEVANCE:
(INMATE'S NAME)

ON SATURDAY 3-18-06 C/O DUNCAN ASSAULTED AND BATTERED MR. WEST
BY GRABBING HIS HAIR AND SLAMMING HIS FACE ON THE WALL WITH
AN ANGRY INTENT TO CAUSE SERIOUS BODILY INJURY. MR. WEST INFLICTED
A WOUND BELOW THE RIGHT EYE WITH SOME SWELLING. AGAIN " C/O DUNCAN USED
EXCESSIVE FORCE WHEN CHAINING HIM NEARLY POPPING MR. WEST ELBOW AND
SHOULDER OUT OF SOCKET. MR. WEST DID NOT "HAVE ANY FORM OF THREAT
OR TRYING TO RESIST. C/O DUNCAN HAS VERBALLY ASSAULTED AND THREATENED
MR. WEST IN THE PRESENT AND PAST DEALINGS. IT IS OBVIOUS THAT C/O -
DUNCAN HAS A PERSONAL PROBLEM WITH MR. WEST AND IS OUT OF CONTEXT
IN HIS JOB DUTIES ALSO "NOTE " C/O ROONEY AND C/O DAVIS WITNESS THIS AS C/O DUNCAN
SOLELY COMMITED THIS ASSAULT. THAT VARIFIES THERE WAS NO AGGRESION ON MR. WEST'S
PART. IF ONLY ONE C/O PARTICIPATED. MR. WEST REQUEST C/O DUNCAN TO KEEP AWAY FROM HIM BECAUSE
SUBMITTED TO ___J. VANNASO_____    DATE: 03-21-06    TIME: 1610
(SIGNATURE)                          AND THERE MAY BE A POSSIBLE CHARGE FOLLOWING

## RESOLUTION

LEVEL 1 - WATCH SUPERVISOR: _____ DATE: _____ TIME: _____
**FINDINGS:** This Grievance Must Be in your
Our handwriting Per Sgt Dolan.

LEVEL 2 - FACILITY COMMANDER: _____ DATE: _____ TIME: _____
**FINDINGS:**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MACK WEST JR.
      PLAINTIFF

v.

Case Number: _CIV-5-08-290 JAM KJM -P_

NEIL WASHIBYASHI ET. AL.

PROOF OF SERVICE

DEFENDANTS                    /

I hereby certify that on _JUNE 26, 2008_ , I served a copy

of the attached _ATTACHED 3 COPIES OF PLAINTIFFS AMENDED COMPLAINT_ .

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_C-5-P- LAC- LANCASTER, CA 93539_ :

(List Name and Address of Each
Defendant or Attorney Served)

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Person Completing Service)