IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. WEST, JR., #F-60029, ) | CIVIL NO. 2:08-00290 HWG/KSC |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION FOR |
| ) | ORDER TO EXTEND TIME |
| vs. ) | |
| ) | |
| NEIL WASHIBYASHI, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING MOTION FOR ORDER TO EXTEND TIME

On October 21, 2009, the Court issued an Order Dismissing the Amended Complaint and Second Amended Complaint With Leave to Amend ("Order"), wherein the Court ordered that Plaintiff must file an amended complaint within thirty (30) days from the filing date of the Order.

On November 20, 2009, Plaintiff filed the instant Motion, seeking an extension of time to file a Third Amended Complaint, up to and including December 19, 2009.  The Court finding that good cause exists for the extension of time, Plaintiff is hereby given until **December 19, 2009,** to file an amended complaint curing the deficiencies identified in the Court's Order.  If Plaintiff fails to file an amended complaint within the time granted, this Complaint and action MAY BE AUTOMATICALLY DISMISSED and may count as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

DATED:    Honolulu, Hawaii, November 30, 2009.

_____
Kevin S.C. Chang
United States Magistrate Judge

CV 2:08-00290 HWG-KSC; WEST V. WASHIBYASHI, ET AL.; ORDER GRANTING MOTION FOR ORDER TO EXTEND TIME