```
            IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A. WEST, JR., #F-60029,)   CIVIL NO. 2:08-00290 HWG/KSC
                            )
     Plaintiff,             )   ORDER DENYING AS MOOT
                            )   PLAINTIFF'S APPLICATION TO
        vs.                 )   PROCEED IN FORMA PAUPERIS
                            )
NEIL WASHIBYASHI, ET AL.,   )
                            )
     Defendants.            )
_____)
```

ORDER DENYING AS MOOT PLAINTIFF'S
APPLICATION TO PROCEED IN FORMA PAUPERIS

On December 23, 2009, Plaintiff Mack West filed a Motion to Proceed In Forma Pauperis ("Motion"). Plaintiff previously filed an application to proceed in forma pauperis on March 13, 2008. On June 4, 2008, the Court granted said application. Insofar as the Court's determination has not changed and Plaintiff continues to proceed in forma pauperis, the Court DENIES as moot Plaintiff's Application.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaii, December 29, 2009.



Kevin S.C. Chang
United States Magistrate Judge

CV 2:08-00290 HWG-KSC; WEST V. WASHIBYASHI, et al.; ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS